NO. 14-1587

In The

United States Court of Appeals

For the Fourth Circuit

JIMMY EARP,

Plaintiff-Appellant.

v.

NOVARTIS PHARMACEUTICALS CORPORATION

Defendant-Appellee.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## MOTION FOR EXTENSION OF TIME

**NOW COMES** appellant, Jimmy Earp, in the above styled action and does pursuant to Federal Rule 26(b) of the Rules of Appellate Procedure and requests a twenty day extension of time to file the appellant's brief and appendix in this appeal:

1. Appellant is currently under a briefing order which establishes an August 11, 2014 deadline for filing his appeal and appendix.

2. Appellant's counsel for the purposes of this is appeal is John Vecchione; S. Ranchor Harris, III; and Lyn Broom.

3. The standard established by Rule 26(b) is that good cause should exist in order to request such relief.

4. Such circumstances do exist for each of the identified counsel.

5. Mr. Vecchione, whose practice is based in Virginia, has since the briefing order been in the midst of preparing for a trial in the federal district court of Ohio, entitled *Sheffer v. Novartis Pharmaceuticals Corp.,* like this case which was remanded from the MDL for trial.

6. This matter is scheduled to begin on July 15, 2014, and it is anticipated that this case will take between two and three weeks to try.

7. Mr. Vecchione must be in Ohio to prepare and try this matter.

8. Mr. Harris, whose practice is based in North Carolina, has been preparing for a trial set to begin on July 28, 2014, entitled *Kruszka v. Novartis Pharmaceuticals Corp.*, in the federal district court of Minnesota, and like the *Earp* matter, another case remanded from the MDL for trial, and in accordance with the Minnesota court's orders has for the past two weeks been filing various pre-trial documents for weekly deadlines in anticipation of the Pre-Trial conference and trial of this matter.

9. Mr. Harris will be travelling to Minnesota on July 15, 2014 for the July 16 Pre-Trial Conference, and will then return to Minnesota to continue trial preparation on July 23, 2014 and remain there for the duration of the trial, also two to three weeks as these trials tend to be.

10. This trial is anticipated to last until August 13, 2014.

11. Ms. Broom's father recently and unexpectedly passed away, and due to this personal issue will be involved over the next several weeks addressing family matters and memorial services out of state.

12. While all counsel for appellant recognize the constraints of the practice law, the labor intensive nature of two multi-week pharmaceuticals trials occurring during the same timeframe, combined with Ms. Broom's personal loss, has created extraordinary circumstances beyond the normal constraints of the practice of law, and do not allow counsel to either properly brief, nor consult between themselves on the final product, and thus will invade the appellant's ability to brief the issues arising from a trial in a complete and organized fashion.

13. Appellant's counsel would not be so cavalier to ask this Court for such an extension but for the fact that all of the attorneys responsible for this appeal have multi-week conflicts which will absorb the great majority of their time allotted to prepare this detailed and complicated appeal.

14. Appellant's counsel has contacted counsel for the appellee, Novartis Pharmaceuticals Corp., who has graciously not opposed this extension of time if so allowed by the Court as long as the other briefing deadlines are also extended twenty days as well of course.

15. Appellant is respectfully requesting a twenty day extension to file his brief and appendix, creating a deadline of August 31, 2014.

**WHEREFORE**, appellant Jimmy Earp respectfully requests this Court to allow a twenty day extension for the filing of his brief and appendix for good cause shown in accordance with Rule 26(b) of the Federal Rules of Appellate Procedure.

Dated:   July 11, 2014

Lyn K. Broom, Esq.
TEAGUE, ROTENSTREICH &
STANALAND
101 South Elm Street, Suite 350
Greensboro, North Carolina 27401
Telephone: (336) 272-4810
Facsimile: (336) 272-2448
LKB@trslaw.com

Respectfully Submitted,

s/S.Ranchor Harris, III_____
S. Ranchor Harris III
GIRARDI KEESE
7960 Sumter Ridge Lane #4112
Raleigh, North Carolina 27617
Telephone:336-500-1834
ranchorharris@gmail.com
NCSB # 21022

John J. Vecchione, Esq.
JOHN J. VECCHIONE LAW, P.L.L.C.
3863 Plaza Drive
Fairfax, Virginia 22030
Telephone: (703) 352-4800
Facsimile: (703) 352-4820
jvecchione@valadlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record by using the CM/ECF system other than the following who will be served by first class mail:

Mr. William James Cople, III
HOLLINGSWORTH, LLP
1350 I Street, NW
Washington, DC 20005

Buffy J. Mims
HOLLINGSWORTH, LLP
1350 I Street, NW
Washington, DC 20005

Elizabeth R. Odette
LOCKRIDGE, GRINDAL & NAUEN, PLLP
#2200
100 Washington Avenue, South
Minneapolis, MN 55401-0000

/s/ Samuel Ranchor Harris III
Samuel Ranchor Harris III
Girardi Keese
7960 Sumter Ridge Lane #4112
Raleigh, NC 27617
336-500-1834
ranchorharris@gmail.com
North Carolina State Bar No.: 21022